1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
   Telephone:  (916) 554-2760
5  Facsimile:   (916) 554-2900
   email: yoshinori.himel@usdoj.gov
6

7  Attorneys for Petitioner United States of America

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12          Petitioner,                    **VERIFIED PETITION TO
                                           ENFORCE INTERNAL REVENUE
13      v.                                 SERVICE SUMMONS**

14  ORALIA MAYA,                           **TAXPAYER:  ORALIA MAYA**

15          Respondent.

16

17      Petitioner, the UNITED STATES OF AMERICA, by its attorney, BENJAMIN B.

18  WAGNER, United States Attorney for the Eastern District of California, alleges:

19                           A.  JURISDICTION

20      1.      Subject matter jurisdiction of this proceeding is given by 28 U.S.C. Sections

21  1340 (actions under the internal revenue laws) and 1345 (proceedings by the United

22  States).  Under I.R.C. Sections 7402(b) and 7604(a), the United States Attorney has been

23  authorized to bring this proceeding for judicial enforcement of Internal Revenue Service

24  summonses.

25                             B.  PARTIES

26      2.      By personal knowledge and knowledge of applicable procedures, LISA R.

27  CUMIFORD is a duly commissioned Revenue Officer employed in the Small

28  Business/Self-Employed Division, California Area, Internal Revenue Service.  She is

VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS            Page 1

1   authorized to issue an Internal Revenue Service summons under Internal Revenue Code

2   Section 7602 (26 U.S.C.), Treasury Regulation Section 301.7602-1, 26 C.F.R. Section

3   301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as revised).

4           3.      By knowledge of the investigation, the respondent, ORALIA MAYA,

5   resides at 13364 Fern Street, Madera, California, within the jurisdiction of this Court.

6           4.      By personal knowledge, petitioning Revenue Officer LISA R. CUMIFORD

7   is conducting an investigation of ORALIA MAYA, a sole proprietor in the business of

8   farm labor contracting services, to determine financial information for the collection of

9   assessed Form 940 Employer Annual Federal Unemployment Tax for the period ending

10  December 31, 2007 and Form 943 Employer's Annual Tax for Agricultural Employees

11  for the taxable periods ending December 31, 2006, December 31, 2007, December 31,

12  2008, December 31, 2009 and December 31, 2010.

13          5.      On information and belief, the respondent, ORALIA MAYA, is in

14  possession and control of testimony, books, records, papers, and other data that may shed

15  light on the matters to be ascertained in the above-described investigation.

16          6.      By personal knowledge, on August 10, 2011, Revenue Officer LISA R.

17  CUMIFORD issued an Internal Revenue Service summons directing the respondent,

18  ORALIA MAYA, to appear before the Revenue Officer on August 23, 2011, at the hour

19  of 10:00 a.m., at 2525 Capitol Street, Suite 206, Fresno, California, to testify and to

20  produce for examination the books, records, papers and other data described in the

21  summons.

22          7.      By personal knowledge, on August 10, 2011,  Revenue Officer LISA R.

23  CUMIFORD left an attested copy of the summons at respondent's last and usual place of

24  abode by attaching the summons to the front door.  Respondent was to appear before

25  Revenue Officer Cumiford on August 23, 2011.  By personal knowledge and knowledge

26  of the investigation, an accurate copy of  the summons has been supplied for attachment

27  hereto as Exhibit A to the petition.  This Exhibit is hereby adopted by reference.

28

1

2

3

8.     By personal knowledge, respondent, ORALIA MAYA, did not appear on
August 23, 2011, or otherwise respond to the summons by phone or in writing.   ORALIA
MAYA has not appeared before Revenue Officer Cumiford as required by the summons.

4

5

9.     By personal knowledge, respondent's above-described failure to comply
with the summons continues to date.

6

7

8

10.     By knowledge of the investigation, the testimony, books, records, papers
and other data sought by the summons are not already in possession of the Internal
Revenue Service.

9

10

11

12

13

14

15

11.     By personal knowledge and knowledge of the investigation, the testimony
and the books, records, papers and other data sought by the summons are necessary for
the investigation of ORALIA MAYA, to determine financial information for the
collection of assessed Form 940 Employer Annual Federal Unemployment Tax for the
period ending December 31, 2007, and Form 943 Employer's Annual Tax for
Agricultural Employees for the taxable periods ending December 31, 2006, December 31,
2007, December 31, 2008, December 31, 2009 and December 31, 2010.

16

17

18

12.     By personal knowledge and knowledge of applicable procedures, all
administrative steps required by the Internal Revenue Code of 1986 for the issuance of
the summons have been taken.

19

WHEREFORE, petitioner respectfully prays:

20

21

22

1.     That this Court enter an order directing respondent,  ORALIA MAYA, to
show cause, if any, why respondent should not comply with and obey the summons and
each and every requirement thereof;

23

24

25

26

27

28

2.     That this Court enter an order directing respondent,  ORALIA MAYA, to
obey the aforementioned Internal Revenue Service summons and each and every
requirement thereof, by ordering the respondent's attendance, testimony, and production
of the books, records, papers and other data required and called for by the terms of the
summons, before Revenue Officer LISA R. CUMIFORD or any other proper officer or
employee of the Internal Revenue Service;

VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS                Page 3

1      3.      That the United States recover its costs in maintaining this action; and

2      4.      That this Court grant such other and further relief as is just and proper.

3

4   Date:  May 1, 2012                                BENJAMIN B. WAGNER
                                                       United States Attorney

5

6                                          By:    */s/ Yoshinori H. T. Himel*
                                                   YOSHINORI H. T. HIMEL
7                                                  Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## VERIFICATION BY REVENUE OFFICER LISA R. CUMIFORD

2    Revenue Officer LISA R. CUMIFORD, pursuant to 28 U.S.C. § 1746 (a), verifies as

3    follows:

4        1.    I am the investigating Revenue Officer in this case.

5        2.    Regarding the numbered paragraphs in this petition except for paragraph 1:

6            a.    If an allegation in those paragraphs is labeled "by personal knowledge," it

7                is a matter that I know to be true from my own personal knowledge.

8            b.    If an allegation in those paragraphs is labeled "by knowledge of applicable

9                procedures," it is a matter that I know to be true from my knowledge of

10                Internal Revenue Service procedures.

11            c.    If an allegation in those paragraphs is labeled "by knowledge of the

12                investigation," it is a matter of which I have been informed by oral or

13                written communication within the investigation in suit, and it accords with

14                my understanding of the facts of the case.

15            d.    If an allegation in that section is labeled "on information and belief," it is a

16                matter of which I do not necessarily have personal knowledge, but it

17                accords with my understanding of the facts of the case.

18        I verify under penalty of perjury that the foregoing is true and correct.  Executed on

19    February 29, 2012.

20

21

22                                    /s/ Lisa R. Cumiford  Lisa Cumiford
                                        LISA R. CUMIFORD
23                                    Revenue Officer
                                        Internal Revenue Service
24

25

26

27

28                            Page 1 of 1



# Summons

## Collection Information Statement

**In the matter of** _ORALIA MAYA,  13364 FERN ST,   MADERA,  CA  93638-5808_
**Internal Revenue Service** *(Identify Division)*  _SMALL BUSINESS/SELF EMPLOYED_
**Industry/Area** *(Identify by number or name)*  _SB/SE AREA 7 (27)_
**Periods:**  _See Attachment 1 to Summons Form 6637 for Period Information_

### The Commissioner of Internal Revenue

**To:** _ORALIA MAYA_
**At:** _13364 FERN ST,   MADERA, CA  93638-5808_

You are hereby summoned and required to appear before _LISA R CUMIFORD_, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

> From _05/01/2011_  To _08/09/2011_

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

 2525 CAPITOL STREET,  SUITE 206,  FRESNO  CA  93721-2227  (559) 443-7647

**Place and time for appearance: At** _2525 CAPITOL STREET,  SUITE 206,  FRESNO,  CA  93721-2227_

**IRS**

on the _23rd_ day of _August_ , _2011_ at _10:00_ o'clock _a_ m.

Issued under authority of the Internal Revenue Code this _10th_ day of _August_ , _2011_

Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

LISA R CUMIFORD  *Lisa Cumiford*                    REVENUE OFFICER
Signature of issuing officer                                         Title

Signature of approving officer *(if applicable)*                    Title

**Original --** to be kept by IRS

EXHIBIT A page 1 of 3



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 8/10/2011 | 2:35 pm |

**How**

**Summons**

**Was**

**Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

_____

_____

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

_(Taped to front door of residence, in a_

_sealed envelope addressed to Oralia Maya)_

| Signature | Title |
|---|---|
| Lisa Cumiford | Revenue Officer |

---

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| Lisa Cumiford | Revenue Officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

EXHIBIT A page 2 of 3

**Attachment 1 to Summons Form 6637**

In the matter of  **ORALIA MAYA**_____

Period information: Form 940 for the calendar period ending December 31, 2007 and Form 943 for the calendar periods ending December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009 and December 31, 2010

EXHIBIT A page 3 of 3