1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12cv0697 LJO DLB |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| vs. | ) | RECOMMENDATIONS |
| | ) | |
| ORALIA MAYA, | ) | (Document 8) |
| | ) | |
| Respondent. | ) | |
| | ) | |

17        On August1, 2012, the Magistrate Judge issued Findings and Recommendations that the

18  Petition to Enforce the IRS Summons issued to Respondent Oralia Maya be GRANTED.  The

19  Findings and Recommendations were served on all parties appearing in the action and contained

20  notice that any objections were to be filed within fourteen (14) days of the date of service of the

21  order.  Over fourteen (14) days have passed and no objections have been filed.

22        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

23  a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

24  the Magistrate Judge's Findings and Recommendations are supported by the record and proper

25  analysis.

26
27
28

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations issued August 1, 2012, are ADOPTED IN FULL;

2.  The Petition to Enforce the IRS Summons issued to Respondent Oralia Maya is GRANTED; and

3.  Respondent Oralia Maya is ORDERED to appear at such time and place as may be fixed by Revenue Officer Lisa R. Cumiford, or any other proper Officer or employee of the IRS, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons.[1]

IT IS SO ORDERED.

Dated:   **August 28, 2012**                        **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

---

[1]  Respondent agreed at the hearing to appear and comply with the summons on August 1, 2012.  It is not known if she did so.