BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cv-00697-LJO-DLB |
|---|---|
| Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | |
| ORALIA MAYA, | **TAXPAYER: ORALIA MAYA** |
| Respondent. | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons to be enforced here. The case can and should be closed.

Dated: August 30, 2012          BENJAMIN B. WAGNER
                                United States Attorney

                        By:     /s/ YHimel
                                YOSHINORI H. T. HIMEL
                                Assistant U. S. Attorney

**PETITIONER'S NOTICE OF COMPLIANCE;
ORDER CLOSING FILE**                                                        1

# **ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

Dated:   **August 31, 2012**              /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

**PETITIONER'S NOTICE OF COMPLIANCE;
ORDER CLOSING  FILE**                                                                                                  2